IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER BERGMANN, | ) | |
| Plaintiff, | ) | Case No. 16-cv-7445 |
| | ) | |
| v. | ) | Hon. Judge Feinerman |
| | ) | Magistrate Judge Mason |
| PLITEK, LLC, an Illinois Limited Liability | ) | |
| Corporation, and JEFFREY KUSICIEL, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COMES THE PLAINTIFF, JENNIFER BERGMANN, by her attorneys, pursuant

to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby voluntarily dismisses

the within case with prejudice, all matters by and between the parties having been fully resolved.

Respectfully submitted,

**/s** Jeffrey L. Taren
Attorney for Plaintiff
Kinoy, Taren & Geraghty P.C.
224 S. Michigan Ave.
Suite 490
Chicago, IL 60604
(312) 663-5210
jtaren@ktglawyer.com